

NUMBER 13-18-00205-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

PM MANAGEMENT-PORTLAND NC,
LLC D/B/A TRISUN CARE CENTER
COASTAL PALMS AND SENIOR
CARE CENTERS, ET AL.,                                    Appellants,

v.

BENITA MARTINEZ, INDIVIDUALLY
AND ON BEHALF OF THE ESTATE
OF RUBEN MARTINEZ, DECEASED,                             Appellee.

On appeal from the 148th District Court
of Nueces County, Texas.

ORDER

Before Justices Rodriguez, Longoria, and Hinojosa
Order Per Curiam

On December 7, 2018, appellants, PM Management-Portland NC, LLC d/b/a

Trisun Care Center Coastal Palms and Senior Care Centers, LLC, filed a suggestion of

bankruptcy and notice of automatic stay in this appeal. According to the notice, appellants filed a bankruptcy petition on December 4, 2018, in the United States Bankruptcy Court for the Northern District of Texas.

Upon the filing of a bankruptcy petition, an automatic stay becomes effective which prohibits the commencement or continuation of any judicial action or proceeding against the debtor and any property within the debtor's bankruptcy estate. *See* 11 U.S.C.A. § 362(a). Pursuant to Rule 8.2 of the Texas Rules of Appellate Procedure, the appeal is suspended. *See* TEX. R. APP. P. 8.2.

Accordingly, this appeal is ABATED until further order of this Court. Any documents filed subsequent to the bankruptcy petition will remain pending until the appeal is reinstated. The parties are directed to take such action as is appropriate to advise the Court of any change in the status of the bankruptcy proceeding which would affect the status of this appeal, including but not limited to, the filing of a motion to reinstate pursuant to Texas Rule of Appellate Procedure 8.3. *See id.* 8.3.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
10th day of December, 2018.